UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS, | No. 2:21-cv-2043 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, Warden, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff is not permitted to proceed in forma pauperis in this action because it was determined that he has "struck out" under 28 U.S.C. § 1915(g),[1] and he does not seek relief with respect to conditions which adequately allege "imminent danger to serious physical injury." Id. Rather, plaintiff complains about irregularities with his prison trust account, claiming he had not yet received his stimulus check and that child support and other payments were already deducted. (ECF No. 1.)

---

[1] See Roberts v. Wasco State Prison, No. 1:21-0097 DAD EPG (E.D. Cal. March 12, 2021).

1

Such allegations fail to demonstrate imminent danger. Thus, plaintiff must submit the appropriate filing fee in order to proceed with this action.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within twenty-one days from the date of this order, the $402.00 filing fee. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: November 10, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/robe2043.1915g