UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF LYNCH, Warden,<br><br>    Defendant. | No. 2:21-cv-2043 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel. On November 10, 2021, plaintiff was ordered to pay, within twenty-one days, the appropriate filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. That time period has now expired, and plaintiff has not paid the court's filing fee, or otherwise responded to the court's order.

As noted in the November 10, 2021 order, plaintiff is not permitted to proceed in forma pauperis in this action because he has sustained three strikes under 28 U.S.C. § 1915(g). Roberts v. Wasco State Prison, No. 1:21-cv-0097 DAD EPG (E.D. Cal. March 12, 2021). Plaintiff's complaint does not seek relief with respect to conditions which adequately allege "imminent danger to serious physical injury." (ECF No. 1.) Rather, plaintiff seeks reimbursement for his stimulus payments. (ECF No. 1 at 6.)

////

1

1    In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is
2    directed to assign a district judge to this case; and
3    Further, IT IS HEREBY RECOMMENDED that this action be dismissed without
4    prejudice.
5    These findings and recommendations are submitted to the United States District Judge
6    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7    after being served with these findings and recommendations, any party may file written
8    objections with the court and serve a copy on all parties.  Such a document should be captioned
9    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
10   objections shall be filed and served within fourteen days after service of the objections.  The
11   parties are advised that failure to file objections within the specified time may waive the right to
12   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
13   Dated:  December 28, 2021

/robe2043.fpf

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE